Opinion filed December 26, 1933. Rehearing denied February 26, 1934.

Ferdinand Tunnell, for plaintiff in error. James L. Reed and Williamson, Burroughs & Simpson, for defendant in error.

Mr. Presiding Justice Edwards delivered the opinion of the court.

Dorothy Wuest, appellee, v. F. B. Hellrung, appellant, and L. D. Hoffman, defendant.

Opinion filed December 26, 1933.

Terry, Gueltig & Powell and Gillespie, Burke & Gillespie, for appellant. Lester Geers, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Sullivan Wells, plaintiff in error, v. United American Benefit Association, defendant in error.

Opinion filed December 26, 1933.

Charles J. Boatner and Kasserman & Kasserman, for plaintiff in error. Albert E. Isley, for defendant in error.

Mr. Justice Murphy delivered the opinion of the court.

Gladys McDonald, appellee, v. Illinois Terminal Company and St. Louis Electric Terminal Railway Company, appellants.

Opinion filed December 26, 1933.

Terry, Gueltig & Powell, for appellants; E. Bentley Hamilton, of counsel. Philip G. Listeman, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Franklin County Building Association, appellee, v. Frank Shavitz et al., appellants.

Opinion filed December 26, 1933.

D. F. Moore, for appellants. Pulverman & Cantrell, for appellee.

Mr. Justice Murphy delivered the opinion of the court.